

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00074-CR

DAVID GENE THOMAS CONAWAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1253390D

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

David Gene Thomas Conaway, appellant, has filed a motion to extend time to file the appellant brief in this matter. The brief is currently due May 18, 2013.

In his motion, appellant does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Texas Rule of Appellate Procedure 10.5(b)(1) as requiring counsel to provide the Court with specific information to justify a requested extension of time, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the Rule. *See* TEX. R. APP. P. 10.5(b)(1).

All future motions to extend time filed with this Court must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant appellant's motion for an extension, for a period of thirty days from the current due date, making appellant's brief now due on or before June 17, 2013. Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date: May 9, 2013